**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ***EDCV 07-1678-VAP*** <br> EDCR 03-0084-VAP |
| Plaintiff/Respondent, | **JUDGMENT** |
| v. | |
| BENJAMIN JORDAN BEAL, | |
| Defendant/Petitioner. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion pursuant to 28 U.S.C. § 2255 is DENIED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: September 4, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge